IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for Roanoke
JUN 17 2014
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

| | | |
|---|---|---|
| LATRON D. BROWN,<br>    Plaintiff, | )<br>)<br>) | Civil Action No. 7:14-cv-00264 |
| v. | )<br>) | **DISMISSAL ORDER** |
| DETECTIVE J. SEITZ, et al.,<br>    Defendant(s). | )<br>)<br>) | By:   Jackson L. Kiser<br>         Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 17th day of June, 2014.

/s/ Jackson L. Kiser
Senior United States District Judge